IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01423-AP

LEE KIRK WILLIAMS,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        <u>For Plaintiff</u>:
        TERESA H. ABBOTT
        Teresa H. Abbott, P.C.
        3515 South Tamarac Drive, Suite 200
        (303) 757-5000
        abbott.teresa@gmail.com

        <u>For Defendant</u>:
        JOHN F. WALSH
        United States Attorney

        J. BENEDICT GARCÍA
        Assistant United States Attorney
        United States Attorney's Office
        District of Colorado

        THOMAS H. KRAUS
        Special Assistant United States Attorney
        Social Security Administration, Region VIII
        Office of the General Counsel
        1961 Stout St., Ste. 4169
        Denver, CO 80294-4003
        Telephone: (303) 844-0017
        tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** 6/01/13

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** 6/10/13

      C.      **Date Answer and Administrative Record Were Filed:** 8/09/13

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.      **Plaintiff's Statement:** None anticipated.

B.      **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** 9/26/13

      B.      **Defendant's Response Brief Due:** 10/24/13

      C.      **Plaintiff's Reply Brief (If Any) Due:** 11/07/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:**  Oral Argument is not requested.

      B.      **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 23rd day of August , 2013.

                                     BY THE COURT:

                                     *S/John L. Kane*
                                     U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Teresa H. Abbott  
TERESA H. ABBOTT  
Teresa H. Abbott, P.C.  
3515 South Tamarac Drive, Suite 200  
(303) 757-5000  
abbott.teresa@gmail.com  

Attorney for Plaintiff

JOHN F. WALSH  
UNITED STATES ATTORNEY  

J. BENEDICT GARCÍA  
Assistant United States Attorney  
United States Attorney's Office  
District of Colorado  

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
Social Security Administration, Region VIII  
Office of the General Counsel  
1961 Stout St., Ste. 4169  
Denver, CO 80294-4003  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov  

Attorneys for Defendant