**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01423-MSK

LEE KIRK WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

The findings and conclusions made in the Opinion and Order by Chief Judge Marcia S. Krieger, on February 17, 2015, are incorporated herein by reference. Consistent therewith it is

**ORDERED** that the Decision of the Commissioner is **REVERSED.**  This matter is **REMANDED** for further reconsideration by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 18th day of February, 2015.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                                       s/Patricia Glover

                                       Patricia Glover
                                       Deputy Clerk